UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

KIM ELLIS
   Plaintiff

v.

ENHANCED RECOVERY COMPANY, LLC
   Defendant

JURY TRIAL DEMANDED

Case No.

## COMPLAINT

### INTRODUCTION

1. Defendant, Enhanced Recovery Company, LLC ("ERC"), violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

2. ERC is subject to strict liability for sending a collection letter that contained materially false and deceptive information.

### JURISDICTION AND VENUE

3. The Court has jurisdiction. 15 U.S.C. § 1692k(d); 28 U.S.C. § 1331, § 1367.

4. Venue and personal jurisdiction in this District are proper because the Defendant's collection communications and practices impacted Plaintiff within this District and Defendant transacts business within this District.

### PARTIES

5. Plaintiff, Kim Ellis ("Ellis"), is a natural person who resides in the Commonwealth of Pennsylvania.

6. Ellis is a consumer as defined in the FDCPA.

7. ERC is a business entity with offices in Jacksonville, FL.

8. ERC acts as a debt collector as defined by § 1692a of the FDCPA because it regularly uses the mails and/or the telephone to collect, or attempt to collect, directly or indirectly, delinquent consumer debts.

## STATEMENT OF CLAIM

9. Ellis allegedly incurred a GE Capital Retail Bank debt that was primarily for personal, family or household purposes, and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) (the "Debt").

10. On or about December 27, 2013, ERC mailed a collection letter to Ellis in an attempt to collect the Debt ("Dunning Letter").

11. The Dunning Letter lists the original creditor as "Lowe's Consumer".

12. The Dunning Letter lists the creditor as "GE Capital Retail Bank".

13. The Dunning Letter falsely represents Lowe's Consumer as the original creditor and thus as a creditor to which Ellis at one point owed a debt.

14. Ellis never owed a debt to Lowe's Consumer.

15. Lowe's Consumer is not a business entity registered to do business in Pennsylvania.

16. Lowe's Consumer is not a business entity listed with the Federal Deposit Insurance Company.

17. On information and belief, Lowe's Consumer does not issue credit nor has it ever issued credit and Lowe's Consumer is not a business entity.

18. On information and belief, GE Capital Retail Bank had been the creditor and issuer of consumer credit accounts that were originated at Lowe's stores at the time Ellis allegedly obtained credit for personal, family or household purposes.

19. It is unlawful for a creditor to seize or repossess items purchased by unsecured debt, or threaten to do the same.

20. By listing Lowe's Consumer as the original creditor, ERC intentionally or negligently intimated, through the inclusion of the materially false information, that nonpayment of the Debt would result in the seizure of Ellis' property.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

21. ERC violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representations or means in connection with the collection of a debt as described above.

22. ERC violated 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount or legal status of a debt as described above.

23. ERC violated 15 U.S.C. § 1692e(4) by representation or implication that nonpayment of a debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action as described above.

24. ERC violated 15 U.S.C. § 1692e(10) by using a false representation or deceptive means to collect or attempt to collect a debt or to obtain information concerning a consumer as described above.

25. ERC violated 15 U.S.C. § 1692f by using unfair and unconscionable means to collect or attempt to collect a debt as described above as described above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Kim Ellis, demands judgment against Defendant Enhanced Recovery Company, LLC, LLC for:

a. Damages;

b. Attorneys' fees and costs; and

c. Such other and further relief as the Court shall deem just and proper.

## JURY DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

Dated: 12/8/2014          By:          /s/ Mark G. Moynihan
                                       Mark G. Moynihan, Esquire
                                       Attorney for Plaintiff
                                       PA 307622
                                       112 Washington Place, Suite 1-N
                                       Pittsburgh, PA 15219
                                       Phone: (412) 889-8535
                                       Fax: (800) 9978192
                                       Email: mark@moynihanlaw.net

## VERIFICATION OF COMPLAINT AND CERTIFICATION

COMMONWEALTH OF PENNSYLVANIA     )
                                 ) ss
COUNTY OF ALLEGHENY              )

Pursuant to 28 U.S.C. § 1746, Plaintiff, Kim Ellis, having first been duly sworn and upon oath, verifies, certifies, and declares as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorney which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorney where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December  4  , 2014
             Month      Day    Year

_____
Signature